No. 842. DELTA ENGINEERING CORP. ET AL. v. SCOTT ET AL. C. A. 5th Cir. Certiorari denied. *Ernest A. Carrere, Jr.* for petitioners.

No. 858. BASS v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Malcolm I. Frank* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 871. TEAMSTERS, CHAUFFEURS & HELPERS LOCAL UNION No. 79, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, v. NATIONAL LABOR RELATIONS BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *L. N. D. Wells, Jr.* and *David Previant* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board, and *Alexander E. Wilson, Jr.* and *James P. Swann, Jr.* for Redwing Carriers, Inc., et al., respondents.

No. 872. MOHAWK LIQUEUR CORP. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Dean Acheson* for petitioner. *Solicitor General Cox* and *Assistant Attorney General Oberdorfer* for the United States.

No. 873. TENENBAUM ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Charles A. Bellows* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.